_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
September 02, 2022

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.,<br><br>Debtor.<br>_____<br>HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>Plaintiff,<br><br>v.<br><br>ANNE PANTELAS, et al.,<br><br>Defendants. | Case No.: 21-14486-abl<br><br>Chapter 7<br><br>Adv. Proceeding No.: 22-01109-abl<br><br><br>Hearing Date: August 31, 2022<br>Hearing Time: 3:00 p.m. |

**ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION**

On August 31, 2022, the Court issued its oral ruling on a Motion for Preliminary Injunction to Prohibit Defendants from Using or Transferring Collateral ("Motion") (ECF No. 4).[1] The Motion was filed on behalf of HASelect-Medical Receivables Litigation Finance Fund

---

[1] In this Order, all references to "ECF No." are to the numbers assigned to the documents filed in the above-captioned bankruptcy case as they appear on the docket maintained by the Clerk of the Court.

International SP ("Plaintiff").

    At the August 31, 2022 oral ruling, attorney Kyle Wyant appeared telephonically on behalf of the Plaintiff. Attorney Ogonna M. Brown appeared telephonic on behalf of Defendants. No other telephonic appearances were noted on the record.

    To the extent that the Court made findings of fact and conclusions of law in the course of its oral ruling on August 31, 2022, those findings of fact and conclusions of law are incorporated into this Order by this reference pursuant to FED. R. CIV. P. 52, made applicable in this contested matter pursuant to FED. R. BANKR. P. 9014(a) and (c) and 7052.

    For the reasons stated on the record:

    **IT IS ORDERED** that the Motion is **DENIED**.

Copies sent to all parties via CM/ECF Electronic Filing.

Copies sent via BNC to:

    Anne Pantelas
    281 Gingerbread Street
    Henderson, NV 89012

    Oliver Hemmers
    281 Gingerbread Street
    Henderson, NV 89012

                                  # # #