Ogonna Brown, Bar No. 7589
OBrown@lewisroca.com
Dibora L. Berhanu, Bar No. 16046
DBerhanu@lewisroca.com
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel:    702.949.8200
Fax:   702.949.8398

*Attorneys for Anne Pantelas, Oliver Hemmers, and Infinity Health Solutions, LLC*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-21-14486-ABL |
| INFINITY CAPITAL MANAGEMENT, INC. | Chapter 7 |
| Debtor. | |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, | Adversary Case No. 22-01109-ABL |
| Plaintiff, | **MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS ANNE PANTELAS, OLIVER HEMMERS AND INFINITY HEALTH SOLUTIONS, LLC** |
| v. | |
| ANNE PANTELAS; OLIVER HEMMERS; and INFINITY HEALTH SOLUTIONS, LLC, | |
| Defendants. | Hearing Date:    TBD<br>Hearing Time:    TBD<br><br>REMOTE<br>Court Hearing Participation Number<br>(888) 684-8852<br>Code #8242009<br><br>Judge: Hon. August B. Landis |

Ogonna M. Brown and Dibora L. Berhanu of the law firm Lewis Roca Rothgerber Christie LLP (the "Firm") respectfully requests entry of an order permitting the Firm to withdraw as counsel for Anne Pantelas ("Ms. Pantelas"), Oliver Hemmers ("Mr. Hemmers"), and Infinity Health Solutions, LLC ("IHS") (collectively "Defendants") in the above-captioned bankruptcy adversary case and therefore brings this *Motion to Withdraw as Counsel for Defendants Anne Pantelas, Oliver*

122232777.1

*Hemmers and Infinity Health Solutions, LLC* ("Motion").  This Motion is made and based upon the Local Rules of Bankruptcy Practice of the United States District Court for the District of Nevada ("LR") 9014(c); the Memorandum of Points and Authorities herein; the Declaration of Ogonna M. Brown filed concurrently herewith pursuant to LLR 9014(c) ("Brown Decl."); the pleadings and papers of record on file in the Case[1], judicial notice of which is respectfully requested pursuant to FED. R. EVID. 201(b) and (c) and 1101(a) and (b); and any argument the Court may entertain at hearing on this Motion.

DATED this 11th day of September, 2023.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ Ogonna Brown*
Ogonna M. Brown, Esq.
Nevada Bar No. 7589
Dibora L. Berhanu, Esq.
Nevada Bar No. 16046
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 474-2622
Facsimile: (702) 949-8298
Email: obrown@lewisroca.com
Email: dberhanu@lewisroca.com

*Attorneys for Anne Pantelas, Oliver Hemmers, and Infinity Health Solutions, LLC*

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.    STATEMENT OF FACTS**

1. The Firm has been counsel of record for the Defendants since approximately January 21, 2022. *See, e.g.,* ECF No. 8; *see also* Brown Decl.

2. There are no pending motions or imminent hearings or deadlines pending in the Case that are applicable to the Defendants, as the Firm will attend the Scheduling Conference

---

[1] All references to "ECF No." are to the numbers assigned to the documents filed in Infinity Capital Management, Inc.'s bankruptcy case identified as Case No. BK-21-14486-ABL as they appear on the docket ("Docket") maintained by the Clerk of the Court of the United States Bankruptcy Court for the District of Nevada. All references to "Adv. EFC No." are to the number assigned to the documents filed adversary proceeding as Case No. 22-01109-ABL also pending before United States Bankruptcy Court for the District of Nevada as they appear on the Docket maintained by the Clerk of the Court.

- 2 -

122232777.1

hearing set for September 12, 2023. The deadlines set forth in the Order approving the Stipulation extending the deadlines in this case (ECF No. 32) as follows:

| Event Deadline | Proposed Date |
| --- | --- |
| Close of Fact Discovery | 10/2/2023 |
| Expert Disclosure Deadline | 10/2/2023 |
| Rebuttal Expert Deadline | 11/2/2023 |
| Expert Deposition Deadline | 12/1/2023 |
| Dispositive Motion Deadline | 12/22/2023 |
| Final List of Witnesses and Exhibits | 1/15/2024 |
| Expected Trial Ready Date | 2/15/2024 |

3. There has been no formal trial date set via scheduling order or other order from this Court in the above-captioned adversary complaint (ECF No. 32).

4. Accordingly, withdrawal by the Firm is not anticipated to result in any delay of discovery, any trial or any hearing in the Case.

5. The Defendants have been given reasonable warning that the Firm will withdraw. In addition, Defendants have expressly communicated that they can no longer afford to be represented by the Firm. *See* Brown Decl.

6. Defendants are unable to afford the attorney' fees and costs due and owing to the Firm such that continued representation of the Defendants will result in an unreasonable financial burden on the Firm and, therefore, good cause for withdrawal exists.

7. The Defendants have been advised of the implications of withdrawal in this Case and in the related adversary proceeding.

8. The last known contact information for the Defendants are as follows:

Anne Pantelas

Oliver Hemmers

Infinity Health Solutions LLC
Address:  1550 W. Horizon Ridge Parkway
        Suite R#140
        Henderson, NV 89012

- 3 -

122232777.1

Emails:   oliver@infinityhealth.solutions
anne@infinityhealth.solutions

Tel.: (702) 525-8767

9. A copy of this Motion will be served at the last known address for the Defendants, with additional courtesy delivery through electronic correspondence.

## II.    ANALYSIS

**A.    Withdrawal of Counsel is Appropriate**

LR 2014(a) begins with:

> An attorney who appears in a bankruptcy case on behalf of a party is the attorney of record for the party for any and all purposes, except adversary proceedings, until an order is entered permitting the withdrawal of the attorney or [other circumstances inapplicable here are present]. . . .

LR 2014(c) incorporates by reference the Local Rule of Practice for the United States District Court for the District of Nevada ("USDC LR") IA 11-6, subprovision (b) of which provides that an attorney seeking to withdraw after appearing in a case must file a motion and serve it on the affected client and opposing counsel. USDC LR IA 11-6(e) also provides in pertinent part:

> Except for good cause shown, no withdrawal or substitution will be approved if it will result in delay of discovery, the trial, or any hearing in the case.

The Nevada Rules of Professional Conduct provide that withdrawal by counsel is permitted under a number of circumstances applicable here, including NEV. R. PROF. COND. 1.16(b)(6) ("representation will result in an unreasonable financial burden on the lawyer or has been rendered unreasonably difficult by the client[]"), and NEV. R. PROF. COND 1.16(b)(7) (other good cause for withdrawal exists).

10. Here, withdrawal will not result in undue prejudice nor will it result in a delay of any hearing, trial, or discovery in the Case because there are currently no hearings or deadlines impactful to the interests of the Defendants, as no discovery is pending and no upcoming hearing is pending before this Motion will be heard, as the Firm will attend the Scheduling Conference hearing set for September 11, 2023. *See* Order Granting Stipulation to Extend Deadlines and Trial (ECF No. 32); *see also* Brown Decl. There has been no formal trial date set via scheduling order or other order from this Court in the above-captioned adversary complaint (ECF No. 32). Thus, the

- 4 -

122232777.1

Defendants have sufficient time to secure replacement counsel if desired. In addition, the Defendants have expressed they are unable to afford to pay the Firm and must therefore proceed without the Firm's representation. *See* Brown Decl. Furthermore, the Defendants have been afforded opportunities over a reasonably lengthy period of time to fulfill obligations. *See* Brown Decl. Therefore, withdrawal from representation of Defendants is warranted because irreconcilable differences are present such that continued representation will result in an unreasonable financial burden imposed upon the Firm. *See* Brown Decl. Therefore, good cause exists, and withdrawal is justified.

The Firm has fulfilled its obligation to Defendants, and the Defendants have been given reasonable notice that the Firm will withdraw as counsel of record in the Case. Therefore, withdrawal under the circumstances is justified and will not result in a delay to Case administration.

## III.   CONCLUSION

For the foregoing reasons the Firm, by and through counsel Ogonna M. Brown and Dibora L. Berhanu, request the Court grant this Motion and permit counsels' withdrawal from representation of the Defendants.

DATED this 11th day of September, 2023.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ Ogonna Brown*
    Ogonna M. Brown, Esq.
    Nevada Bar No. 7589
    Dibora L. Berhanu, Esq.
    Nevada Bar No. 16046
    3993 Howard Hughes Pkwy., Suite 600
    Las Vegas, Nevada 89169
    Telephone: (702) 474-2622
    Facsimile: (702) 949-8298
    Email: obrown@lewisroca.com
    Email: dberhanu@lewisroca.com

*Attorneys for Anne Pantelas, Oliver Hemmers, and Infinity Health Solutions, LLC*

122232777.1

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Lewis Roca Rothgerber Christie LLP, and that on the 11th day of September, 2023, I caused to be served a true and correct copy of **MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS ANNE PANTELAS, OLIVER HEMMERS AND INFINITY HEALTH SOLUTIONS, LLC,** in the following manner:

☒ (ELECTRONIC SERVICE) Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☒ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

> Anne Pantelas
> Oliver Hemmers
> Infinity Health Solutions LLC
> 1550 W. Horizon Ridge Parkway, Suite R#140
> Henderson, NV 89012

☐ (ELECTRONIC MAIL) By transmitting electronically to the following recipient and last known email address:

> Anne Pantelas         anne@infinityhealth.solutions
> Oliver Hemmers        oliver@infinityhealth.solutions
> Infinity Health Solutions LLC

☐ (OVERNIGHT COURIER) By depositing a true and correct copy of the above referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

> */s/ Renee L. Creswell*
> An employee of
> Lewis Roca Rothgerber Christie LLP

122232777.1