Ogonna Brown, Bar No. 7589
OBrown@lewisroca.com
Dibora L. Berhanu, Bar No. 16046
DBerhanu@lewisroca.com
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel:    702.949.8200
Fax:    702.949.8398

*Attorneys for Anne Pantelas, Oliver Hemmers, and Infinity Health Solutions, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No. BK-21-14486-ABL |
| INFINITY CAPITAL MANAGEMENT, INC. | Chapter 7 |
| Debtor. | |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, | Adversary Case No. 22-01109-ABL |
| Plaintiff, | **DECLARATION OF OGONNA BROWN IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS ANNE PANTELAS, OLIVER HEMMERS AND INFINITY HEALTH SOLUTIONS, LLC** |
| v. | |
| ANNE PANTELAS; OLIVER HEMMERS; and INFINITY HEALTH SOLUTIONS, LLC, | |
| Defendants. | Hearing Date:    TBD<br>Hearing Time:    TBD |
| | REMOTE<br>Court Hearing Participation Number<br>(888) 684-8852<br>Code #8242009 |
| | Judge: Hon. August B. Landis |

I, Ogonna Brown, declare and state as follows:

1.    I am over the age of 18 and mentally competent. Except where stated on information and belief, I have personal knowledge of the facts in this matter, and, if called upon to testify, could and would do so.

122233979.1

2. I am an attorney duly licensed to practice law in the State of Nevada. I am a partner attorney with the law firm Lewis Roca Rothgerber Christie (the "Firm").

3. I make this Declaration in support of the *Motion to Withdraw as Counsel for Defendants Anne Pantelas, Oliver Hemmers and Infinity Health Solutions, LLC* ("Motion").

4. The Firm has been counsel of record for Defendants Anne Pantelas, Oliver Hemmers and Infinity Health Solutions, LLC (the "Defendants") in this Case[1] since approximately January 21, 2022.

5. The Defendants have been given reasonable warning that the Firm will withdraw.

6. The Defendants have expressed to me a desire to proceed without representation by the Firm.

7. The Firm has provided ample opportunity, in the form of passage of time and also multiple discussions, to fulfill obligations.

8. Defendants are unable to pay the outstanding invoices due and owing to the Firm, such that continued representation will result in an unreasonable financial burden imposed upon the Firm.

9. There are no pending motions or imminent hearings or deadlines pending in the Case that are applicable to the Defendants, as no discovery is pending and no upcoming hearing is pending before this Motion will be heard, as the Firm will attend the Scheduling Conference hearing set for September 12, 2023. *See* Order Granting Stipulation to Extend Deadlines and Trial (ECF No. 32); *see also* Brown Decl. The deadlines set forth in the Order approving the Stipulation extending the deadlines in this case (ECF No. 32) are as follows:

| Event Deadline | Proposed Date |
| --- | --- |
| Close of Fact Discovery | 10/2/2023 |
| Expert Disclosure Deadline | 10/2/2023 |
| Rebuttal Expert Deadline | 11/2/2023 |

---

[1] All references to "ECF No." are to the numbers assigned to the documents filed in the bankruptcy case identified in the caption above ("Case") as they appear on the docket ("Docket") maintained by the Clerk of the Court of the United States Bankruptcy Court for the District of Nevada.

- 2 -

122233979.1

| Expert Deposition Deadline | 12/1/2023 |
|---|---|
| Dispositive Motion Deadline | 12/22/2023 |
| Final List of Witnesses and Exhibits | 1/15/2024 |
| Expected Trial Ready Date | 2/15/2024 |

10. There has been no formal trial date set via scheduling order or other order from this Court in the above-captioned adversary complaint (ECF No. 32).

11. The last known address, email addresses and contact information for Defendants are follows:

>Anne Pantelas
>
>Oliver Hemmers
>
>Infinity Health Solutions LLC
>
>Address:  1550 W. Horizon Ridge Parkway
>Suite R#140
>Henderson, NV 89012
>
>Emails:   oliver@infinityhealth.solutions
>anne@infinityhealth.solutions
>
>Tel.: (702) 525-8767

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 11th day of September, 2023.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: /s/ Ogonna Brown
Ogonna M. Brown, Esq.
Nevada Bar No. 7589
Dibora L. Berhanu, Esq.
Nevada Bar No. 16046
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 474-2622
Facsimile: (702) 949-8298
Email: obrown@lewisroca.com
Email: dberhanu@lewisroca.com

*Attorneys for Anne Pantelas, Oliver Hemmers, and Infinity Health Solutions, LLC*

122233979.1

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Lewis Roca Rothgerber Christie LLP, and that on the 11th day of September, 2023, I caused to be served a true and correct copy of **DECLARATION OF OGONNA BROWN IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS ANNE PANTELAS, OLIVER HEMMERS AND INFINITY HEALTH SOLUTIONS, LLC,** in the following manner:

☒ (ELECTRONIC SERVICE) Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☒ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

Anne Pantelas
Oliver Hemmers
Infinity Health Solutions LLC
1550 W. Horizon Ridge Parkway, Suite R#140
Henderson, NV 89012

☒ (ELECTRONIC MAIL) By transmitting electronically to the following recipient and last known email address:

Anne Pantelas        anne@infinityhealth.solutions
Oliver Hemmers       oliver@infinityhealth.solutions
Infinity Health Solutions LLC

☐ (OVERNIGHT COURIER) By depositing a true and correct copy of the above referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

*/s/ Renee L. Creswell*
An employee of
Lewis Roca Rothgerber Christie LLP

- 4 -

122233979.1