Ogonna Brown, Bar No. 7589
OBrown@lewisroca.com
Dibora L. Berhanu, Bar No. 16046
DBerhanu@lewisroca.com
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel:     702.949.8200
Fax:    702.949.8398

*Attorneys for Anne Pantelas, Oliver Hemmers, and Infinity Health Solutions, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br><br>Debtor. | Case No. BK-21-14486-ABL<br><br>Chapter 7 |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>Plaintiff,<br><br>v.<br><br>ANNE PANTELAS; OLIVER HEMMERS; and INFINITY HEALTH SOLUTIONS, LLC,<br><br>Defendants. | Adversary Case No. 22-01109-ABL<br><br>**NOTICE OF HEARING ON MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS ANNE PANTELAS, OLIVER HEMMERS AND INFINITY HEALTH SOLUTIONS, LLC**<br><br>Hearing Date:     October 16, 2023<br>Hearing Time:    10:00 a.m.<br><br>REMOTE<br>Court Hearing Participation Number<br>(669) 254-5252;<br>Meeting ID 161 110 6049;<br>Passcode 154251#<br><br>Judge: Hon. August B. Landis |

**NOTICE IS HEREBY GIVEN** that a Motion to Withdraw as Counsel for Defendants Anne Pantelas, Oliver Hemmers And Infinity Health Solutions, LLC [ECF 33] was filed on September 11, 2023, by Ogonna Brown and Dibora L. Berhanu, of the law firm Lewis Roca Rothgerber Christie LLP. The Motion seeks to withdraw as counsel for Defendants Anne Pantelas,

122233687.1

Oliver Hemmers And Infinity Health Solutions, LLC. Any opposition must be filed pursuant to Local Rule 9014(d)(1).

**NOTICE IS FURTHER GIVEN** that if you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then you must file an opposition with the Court, and serve a copy on the person making the Motion *no later than fourteen (14) days preceding the hearing date for the Motion*. The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice. If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
> - The Court may *refuse to allow you to speak* at the scheduled hearing; and
> - The Court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on said Motion will be held telephonically before a United States Bankruptcy Judge in the Foley Federal Building, 300 Las Vegas Blvd. South, Las Vegas, Nevada, on **October 16, 2023 at 10:00 a.m. prevailing Pacific Time. The Court will conduct a telephonic hearing on the Motion. The conference line is (669) 254-5252; meeting ID 161 110 6049; passcode 154251#.**

DATED this 12th day of September, 2023.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ Ogonna Brown*
Ogonna M. Brown, Esq.
Nevada Bar No. 7589
Dibora L. Berhanu, Esq.
Nevada Bar No. 16046
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 474-2622
Facsimile: (702) 949-8298
Email: obrown@lewisroca.com
Email: dberhanu@lewisroca.com

*Attorneys for Anne Pantelas, Oliver Hemmers, and Infinity Health Solutions, LLC*

- 2 -

122233687.1

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Lewis Roca Rothgerber Christie LLP, and that on the 12th day of September, 2023, I caused to be served a true and correct copy of **NOTICE OF HEARING ON MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS ANNE PANTELAS, OLIVER HEMMERS AND INFINITY HEALTH SOLUTIONS, LLC,** in the following manner:

☒ (ELECTRONIC SERVICE) Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☒ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

> Anne Pantelas
> Oliver Hemmers
> Infinity Health Solutions LLC
> 1550 W. Horizon Ridge Parkway, Suite R#140
> Henderson, NV 89012

☒ (ELECTRONIC MAIL) By transmitting electronically to the following recipient and last known email address:

> Anne Pantelas    anne@infinityhealth.solutions
> Oliver Hemmers   oliver@infinityhealth.solutions
> Infinity Health Solutions LLC

☐ (OVERNIGHT COURIER) By depositing a true and correct copy of the above referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

*/s/ Renee L. Creswell*
An employee of
Lewis Roca Rothgerber Christie LLP

122233687.1