Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Fax: (702) 926-9683
Email:   blarsen@shea.law
         kwyant@shea.law

*Attorneys for HASelect-Medical Receivables Litigation Finance Fund International SP*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br><br>Debtor. | Case No. 21-14486-abl<br>Chapter 7 |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>Plaintiff,<br><br>v.<br><br>ANNE PANTELAS; OLIVER HEMMERS; and INFINITY HEALTH SOLUTIONS LLC,<br><br>Defendants. | Adversary Case No.: 22-01109-abl |

**NOTICE OF DEPOSITION OF ANNE PANTELAS PURSUANT TO FED. R. CIV. P. 30**

TO:   Counsel for Defendant Anne Pantelas
      Ogonna Brown, Esq.
      Lewis Roca Rothgerber Christie LLP
      3993 Howard Hughes Parkway, Suite 600
      Las Vegas, Nevada 89169
      Tel: 702.949.8200
      Email: obrown@lewisroca.com

///

///

- 1 -

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, incorporated in this adversary proceeding through Fed. R. Bankr. P. 7030, HASelect-Medical Receivables Litigation Finance Fund International SP ("HASelect"), by and through its undersigned counsel, will take the deposition upon oral examination of Defendant Anne Pantelas on **September 28, 2023 at 9:30 a.m.** at Shea Larsen PC, 1731 Village Center Circle, Suite 150, Las Vegas, Nevada 89134.

The deposition will be recorded by stenographic means and will continue day-to-day until completed.

DATED this 14th day of September 2023.

**SHEA LARSEN**

/s/ *Bart K. Larsen, Esq.*
Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134

*Attorneys for HASelect-Medical Receivables Litigation Finance Fund International SP*

**CERTIFICATE OF SERVICE**

1. On September 14, 2023, I served the following document(s): **NOTICE OF DEPOSITION OF ANNE PANTELAS PURSUANT TO FED. R. CIV. P. 30**

2. I served the above document(s) by the following means to the persons as listed below:

    ☑ a. ECF System:

All persons appearing and requesting notice in the above-captioned proceeding.

☐ b. United States mail, postage fully prepaid:

☐ c. Personal Service:

I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☒ d. By direct email (as opposed to through the ECF System):
Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Obrown@lewisroca.com – counsel for Defendants Anne Pantelas, Oliver Hemmers, and Infinity Health Solutions, LLC

☐ e. By fax transmission:

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f. By messenger:

I served the document(s) by placing them in an envelope or package addressed to

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 14, 2023.

By: /s/ *Bart K. Larsen, Esq,*

- 4 -