Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Fax: (702) 926-9683
Email:  blarsen@shea.law
           kwyant@shea.law

*Attorneys for HASelect-Medical Receivables Litigation Finance Fund International SP*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br><br>Debtor. | Case No. 21-14486-abl<br>Chapter 7 |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>Plaintiff,<br><br>v.<br><br>ANNE PANTELAS; OLIVER HEMMERS; and INFINITY HEALTH SOLUTIONS LLC,<br><br>Defendants. | Adversary Case No.: 22-01109-abl |

**<u>NOTICE OF DEPOSITION OF FED. R. CIV. P. 30(B)(6) DESIGNEE OF DEFENDANT INFINITY HEALTH SOLUTIONS LLC</u>**

TO:   Counsel for Defendant Anne Pantelas
        Ogonna Brown, Esq.
        Lewis Roca Rothgerber Christie LLP
        3993 Howard Hughes Parkway, Suite 600
        Las Vegas, Nevada 89169
        Tel: 702.949.8200
        Email: obrown@lewisroca.com

///

///

- 1 -

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30(b)(6), incorporated in this adversary proceeding through Fed. R. Bankr. P. 7030, HASelect-Medical Receivables Litigation Finance Fund International SP ("HASelect"), by and through its undersigned counsel, will take the deposition upon oral examination of Defendant Infinity Health Solutions LLC ("IHS") on **October 2, 2023 at 9:30 a.m.** at Shea Larsen PC, 1731 Village Center Circle, Suite 150, Las Vegas, Nevada 89134. In accordance with its obligations under Fed. R. Civ. P. 30(b)(6), IHS shall produce a representative with knowledge and ability to testify regarding the topics for examination outlined below. The deposition will be recorded by stenographic means and will continue day-to-day until completed.

**TOPICS FOR EXAMINATION**

1. The formation and history of IHS;

2. IHS's employees, directors, officers, independent contractors, managers, and members, including, but not limited to, any overlap in employees, directors, officers, independent contractors, managers, and members with Infinity Capital Management, Inc.;

3. Any transfer of assets, including, but not limited to, software, hardware, computer systems, documents, data, or any other tangible or intangible property from Infinity Capital Management, Inc. to IHS;

4. All funds transferred to IHS from Infinity Capital Management, Inc.;

5. All funds provided to IHS since inception, including, but not limited to, the source of such funds, the dates of such transfers, and the purposes for such transfers;

6. Any business relationship of IHS, including, but not limited to, business relationships between IHS and Infinity Capital Management, Inc. and IHS and Tecumseh-Infinity Medical Receivables Fund, LP;

7. IHS's business activities and day-to-day operations since inception;

8. IHS's contracts or agreements with medical providers since inception;

9. IHS's purchase of accounts receivables from medical providers since inception;

10. The transfer of any collateral to IHS that secured the loan from HASelect to Infinity

Capital Management, Inc., including, but not limited to, the dates of such transfer, the value of the collateral, and where the collateral currently is situated;

11. All communications involving IHS, including, but not limited to, communications relating to the transfer of collateral;

12. All bank accounts held in IHS's name, or the name of IHS's principals, including, but not limited to, all transfers and deposits from said bank accounts;

13. All of IHS's historical assets, including, but not limited to, the value thereof;

14. All communications between Tecumseh and IHS;

15. All funds paid by IHS to anyone, including, but not limited to, Oliver Hemmers and Anne Pantelas;

16. The reason behind the formation of IHS and all events leading up to the formation of IHS, including, but not limited to, all events leading up to when IHS began operating its business;

17. IHS's business model, including, but not limited to, IHS's current operations;

18. Any funds of HASelect that were transferred to IHS; and,

19. All similarities between IHS and Infinity Capital Management, Inc.

DATED this 14th day of September 2023.

**SHEA LARSEN**

/s/ *Bart K. Larsen, Esq.*
Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134

*Attorneys for HASelect-Medical Receivables Litigation Finance Fund International SP*

**CERTIFICATE OF SERVICE**

1. On September 14, 2023, I served the following document(s): **NOTICE OF DEPOSITION OF FED R. CIV. P. 30(B)(6) DESIGNEE OF DEFENDANT INFINITY HEALTH SOLUTIONS LLC**

2. I served the above document(s) by the following means to the persons as listed below:

    ☒ a. ECF System:

All persons appearing and requesting notice in the above-captioned proceeding.

    ☐ b. United States mail, postage fully prepaid:

    ☐ c. Personal Service:

I personally delivered the document(s) to the persons at these addresses:

    ☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

    ☐ For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

    ☒ d. By direct email (as opposed to through the ECF System):
Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Obrown@lewisroca.com – counsel for Defendants Anne Pantelas, Oliver Hemmers, and Infinity Health Solutions, LLC

    ☐ e. By fax transmission:

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

    ☐ f. By messenger:

- 4 -

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 14, 2023.

By: /s/ *Bart K. Larsen, Esq,*

- 5 -