NVB 10–2(a) (Rev. 3/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK–21–14486–abl |
| | CHAPTER 7 |
| INFINITY CAPITAL MANAGEMENT, INC. , | |
| Debtor(s) | |
| | Adversary Proceeding: 22–01109–abl |
| HASELECT–MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, et al, | ORDER GRANTING VERIFIED PETITION |
| Plaintiff(s) | |
| vs | |
| ANNE PANTELAS, et al, | |
| Defendant(s) | |

The submitted document "Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court" filed by LARRY C. OLDHAM is **GRANTED**.

Dated: 2/5/24

*/s/ Mary A. Schott/*

Mary A. Schott
Clerk of Court